UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) DAVID COKE, a/k/a "Slime,"<br>(2) MICHAEL COKE, a/k/a "Dirty Mike,"<br>(3) FRANCISCO ARIAS, a/k/a "Emilio Perez,"<br>(4) LARRY BAILEY,<br>(5) ANTHONY CALDWELL, a/k/a "AC,"<br>(6) MEMOGNE LAMOTHE, a/k/a "Maemo," and a/k/a "Mizz," and<br>(7) MICHAEL MCNEIL, a/k/a "Murder Mike," and a/k/a "M-3,"<br>Defendants. | Criminal No. 15-10147-MJJ |

**ORDER VACATING RESTRAINING ORDER**

**JOUN, D.J.**

The United States of America, having petitioned this Court for an Order to Vacate the Restraining Order issued on June 19, 2015, and recorded with the Norfolk County Land Court at Document Number 1,333,511, on July 17, 2015, which restrained the following property:

a. the real property located at 20 Eugenia Street, Randolph, Massachusetts, including all buildings, appurtenances and improvements thereon, more particularly described in Certificate Number 1140421, recorded at the Norfolk County Land Court (the "Eugenia Street Property")[1]

and that this Court, being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Restraining Order shall be vacated as to the above Eugenia Street Property, thereby releasing the United States' interest in and to the Eugenia Street Property.

[1] The Restraining Order issued by this Court on June 19, 2015 (Docket No. 17) restrained three real properties, including the Eugenia Street Property. However, on November 4, 2019, this Court issued a Final Order of Forfeiture, forfeiting the other two properties to the United States (*see* Docket No. 416), and therefore, the only property remaining restrained pursuant to the initial June 19, 2015 Restraining Order is the Eugenia Street Property.

DONE AND ORDERED in Boston, Massachusetts, this 6 day of November, 2026.

/s/ Myong J. Joun

MYONG J. JOUN
United States District Judge